# Court of Appeals
# of the State of Georgia

ATLANTA,  August 22, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0875.  RICE v. NORTH GEORGIA MEDICAL CENTER.**

Appellant, Mark Rice, filed a notice of appeal (Case Number A17A0875) from the trial court's October 3, 2016 order, denying his motion to amend a prior notice of appeal. In the motion to amend his notice of appeal, Appellant sought to include all interlocutory orders in his appeal (Case Number A17A0752) from the court's September 25, 2015 order, which had dismissed for want of prosecution Appellant's complaint against Appellee, Southern Health Corporation of Ellijay, Inc., d/b/a North Georgia Medical Center.

Because Appellee's counterclaim remained pending, the September 25, 2015 order dismissing Appellant's complaint for want of prosecution was not a final judgment within the meaning of OCGA § 5-6-34 (a) (1). See *B. J.'s Flooring v. T. C. Interiors*, 204 Ga. App. 441 (419 SE2d 528) (1992); *Chatham County Hosp. Auth. v. Mack*, 185 Ga. App. 13, 14 (363 SE2d 264) (1987). The trial court's order denying Rice's motion to amend the notice of appeal from the dismissal order was itself an interlocutory order which was only appealable pursuant to OCGA § 5-6-34 (b). See *American Med. Security Group v. Parker*, 284 Ga. 102, 103 (2) (663 SE2d 697) (2008). Rice's failure to obtain a certificate of immediate review deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/22/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.